No. 80–719.  HANSHAW v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 80–727.  GREAVES ET UX. v. DEPARTMENT OF REVENUE OF OREGON.  Sup. Ct. Ore.  Certiorari denied.

No. 80–731.  UPJOHN CO. v. TIMM ET VIR.  C. A. 5th Cir. Certiorari denied.

No. 80–732.  RUCKER CO. v. SHELL OIL CO. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 80–750.  WARDLE v. CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND.  C. A. 7th Cir.  Certiorari denied.

No. 80–752.  CARNEY v. CALIFORNIA ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 80–753.  MOELLER v. BROWNE ET AL.  C. A. 2d Cir. Certiorari denied.

No. 80–761.  FRITO-LAY, INC. v. LOCAL UNION No. 137, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 80–762.  WILLIAMS v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 80–772.  ENVIRONMENTAL DEFENSE FUND, INC. v. COSTLE, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY. C. A. D. C. Cir.  Certiorari denied.

No. 80–783.  PARK COUNTY, MONTANA, ET AL. v. UNITED STATES ET AL.  C. A. 9th Cir.  Certiorari denied.